IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-688-BR

| | |
|---|---|
| OWEN CREQUE,<br><br>      Plaintiff,<br><br>    v.<br><br>KROGER GROCERY, INC.,<br><br>      Defendant. | ORDER |

      This matter comes before the court following plaintiff's failure to comply with the court's 28 August 2015 show cause order. (DE # 6.) In accordance with that order, this action is DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Clerk is DIRECTED to enter judgment accordingly and close this case.

      This 23 September 2015.

                                                            _____
                                                            W. Earl Britt
                                                            Senior U.S. District Judge