UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Owen Creque, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Kroger Grocery, Inc., | ) | |
| | ) | 5:14-CV-688-BR |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

This action came before the Honorable W. Earl Britt, Senior United States District Judge, following plaintiff's failure to comply with the court's 28 August 2015 show cause order. (DE # 6.).

**IT IS ORDERED AND ADJUDGED** that this action is hereby DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

<u>This Judgment Filed and Entered on September 23, 2015, with service on:</u>
Owen Creque
110 Calibre Chase Dr.
Apt. 204
Raleigh, NC 27609
 (via U.S. Mail)

September 23, 2015

JULIE RICHARDS JOHNSTON, CLERK

By: _____ Clerk